PUBLISHED BY WILBUR & COREY, AT $1.00 PER ANNUM.

Vol. III.]        MAY 2, 1843.        [No. 4.

## COURT OF CHANCERY.

### DECISIONS OF THE CHANCELLOR,
APRIL 18, AND MAY 2, 1843.

#### APRIL 18TH.

*Frances O. Edwards et al.* v. *Jacob Bodine et al.* A. TA-BER, for complainants; F. S. KINNEY and J. RHOADES, for defendants.

Application to set aside sale of mortgaged premises. De-cided that a vice chancellor, in his character of injunction master, has no power to make an order in a suit pending be-fore the chancellor, except for the allowance of an injunc-tion or *ne exeat.* And that an order to stay proceedings in such a suit, made by a vice chancellor, is wholly void.

*Right of vice chancellors to make orders in suits before chancellor.*

Motion denied, with the usual allowance for costs, under the rule.

*John S. Beekman* v. *Cornelius Van Rensselaer et al.* J. RHOADES and S. STEVENS, for The New York Life Insurance and Trust Co. P. GANSEVOORT and J. J. HILL for James Stevenson the purchaser.

Application for resale of mortgaged premises and for di-rections as to the order of sale. The Beekman mortgage di-rected to be paid out of the proceeds of the land sold by Van Rensselaer to Van Epps; and the proceeds of the island pro-perty directed to be paid to Van Rensselaer or to those who have the prior liens thereon. Sale of the island property permitted to stand; but the sale of the lot upon the main land set aside, and master directed to resell it upon a notice of six weeks, and to put it up at the sum offered by the Trust Com-pany.     4